Case 2:23-cv-00982-JMA-ST   Document 2   Filed 01/25/23   Page 1 of 12 PageID #: 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yevgeniy Subbotovskiy

_____

Write the full name of each plaintiff.

-against-

Touro University,

Touro Law Center

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- [x] **Federal Question**
- [ ] **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
The right to a fair hearing. I was banned by Touro University and Touro Law Center without a fair hearing for lifetime.

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                   (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Yevgeniy | | Subbotovskiy |
|---|---|---|
| First Name | Middle Initial | Last Name |

3100 Ocean Parkway Apt. A30
Street Address

| Brooklyn | NY | 11235 |
|---|---|---|
| County, City | State | Zip Code |

| 917 744 0385 | Techgozo9@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Matthew Lieberman
First Name    Last Name

General Counsel - Touro University
Current Job Title (or other identifying information)

50 W 47th Street | Fourteenth Floor |
Current Work Address (or other address where defendant may be served)

New York          New York          10036
County, City      State             Zip Code

Defendant 2:

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City      State             Zip Code

Defendant 3:

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City      State             Zip Code

Defendant 4: _____

    First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Touro Law Center - Central Islip, NY**

Date(s) of occurrence: **Summer of 2012**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached pages for Complaint.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional Distress

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

1. $40,000-45,000. 2. End the Ban.

---

Yevgeniy Subbotovskiy

VS.

Touro University, Touro Law Center

---

1/24/2023

1. I am Yevgeniy Subbotovskiy, a New York Resident, who resides at 3100 Ocean Parkway, Apt. A30, Brooklyn, NY 11235

2. I, Yevgeniy Subbotovskiy previously resided at 711-C Seagirt Avenue, #16d, Far Rockaway, NY 11691

3. I attended Touro Law Center, a subsidiary of Touro University, during the years of 2005-2009.

4. I graduated Touro Law Center with a J.D. in Winter of 2009

5. During my time at Touro Law Center 2005-2009 I committed an act of disorderly conduct and had to take a leave of absence for a semester. The semester of leave of absence was Fall of 2007. Dean Rosenblum had me write letters of apology to Dean Raful and Dean Chite for my behavior. The act of disorderly conducted included: 1)showing up to an exam with a bathrobe 2)write a hateful trust and estates exam 3) Using bolt cutters to cut of my lock from locker at nighttime. After leave of absence I came back and had a positive experience at the law school.

6. In 2009 I sat for the the bar. I failed the bar exam unfortunately. I subsequently tried to take the bar four more times. The result was failing. I used Pieper Bar Review Prep to prepare for the bar. Pieper People Pass was the Motto. I unfortunately was not one of the people who passed. I was unable to study for reasons stemming from energy and lack of focus.

7. In 2011 upon not passing the bar again and remembering stories of Touro corruption I offered to sell my JD diploma back to Touro Law Center. Dean Raful was my contact person at the time. He informed me that it couldn't legally be done and cited some rule of law. Even though the act in itself may have lacked legality once I got denied with proper reason I did not pursue it.

8. After the proposed sale I ended up in Coney Island hospital mental ward and diagnosed with Mal-adjustment disorder.

9. I was taken into Mental ward of Coney Island hospital and Lutheran hospital on two more occasions in 2016 and 2019.

10. My diagnosis now is Bipolar Schizoaffective.

11. I daily take medication, like Lithium Carbonate for it. I attend a psychiatric program weekly to seek recovery from my Bipolar Schizoaffective disorder. My full list of medication, letter from psychiatrist and program attendance can be available upon request.

12. In 2012 I met with Michael Newman, ESQ (one of Touro University`s Inhouse attorneys) and Dean Raful, with my father included, at Touro University`s headquarters in Manhattan. They offered me Tutoring services for the bar, shall I decided to retake it again. It would then be my fourth attempt. At the time I had a job working Electronic Discovery and was optimistic about the bar. Soon after the meeting I was let go from my job for reasons still unknown to me. I am not claiming unlawful termination for Touro but a strange coincidence.

14. In May 2012 I relocated to Central Islip at 2 McFarland Avenue, Central Islip NY and began studying at Touro Law Center`s location in Central Islip, NY. My home location was about 1 mile from the school. The tutoring services provided were by Theodore Silver. The tutoring services were **unsatisfactory**.

15. On or about the time I saw a formed student from my former section named Allison Eppilone. Allison Eppilone was a friend of my ex-girlfriend Marjan Quadir Samson aka Marjan Quadir. She was another law school tutor. **I approached her and made an inappropriate comment about her chest**. A week later Dean Rosenblum called me into his office and told me "to sit the fuck down" in a very rude way. He did not tell me what it was about. I later complained about this behavior of Dean Rosenblum to Touro University and Dean Salkin what was Dean of Touro Law Center at the time. I suspect that Allison Eppilone reported me for sexual harassment and Touro Law Center banned me. Part of me suspects that she was doing the vindictive job of my ex girlfriend Marjan Quadir Samson who I became estranged with. I dont have evidence of this. At trial I hope to call them both to the stand and assess whether my theory has basis.

16. There may have been an investigation into conduct of Dean Rosenblum for saying "Sit the fuck down". I was never called. I may have been emailed. I was not technologically responsible at the time. During discovery I hope to find some of these emails.

17. I was later informed by Touro University that I was banned for life. I am banned from every building that Touro owns. This happened with an exchange with In House Counsels of Office of Touro University.

18. **Touro banned me without a fair hearing**. A full investigation with my testimony was never conducted. It may have been a culmination of prior offense. Asking Court to Clarify.

19. In 2019 had to meet with a police office of 14th precinct to explain my behavior for some emails were sent related to the ban. I don't have those emails now. I don't have the email address anymore which were used. This is subsequent to the ban.

20. I think that the ban comes from **inappropriate comment,** but I am not sure. I don't know how they decided to ban me and hope Court figures it out.

21. I hope the Court can afford me a **fair hearing and inquiry into this matter** to figure out what caused the **lifetime ban and whether it was fair**.

22. I seek damages in the amount of 40,000-45,000 for emotional distress from being a bipolar schizoaffective and being banned.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/24/2023 | | *[signature]* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Yevgeniy | | Subbotovskiy |
| First Name | Middle Initial | Last Name |

| 3100 Ocean Parkway Apt. A30 | | |
|---|---|---|
| Street Address | | |
| Brooklyn, | NY | 11235 |
| County, City | State | Zip Code |
| 917 744 0385 | | techgozo9@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY  10007
300 QUARROPAS STREET | WHITE PLAINS, NY  10601
PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

**Subbotovskiy, Yevgeniy**
Name (Last, First, MI)

| 3100 Ocean Parkway Apt. A30 | **Brooklyn** | **NY** | **11235** |
|---|---|---|---|
| Address | City | State | Zip Code |

917 744 0385                                Techgozo9@gmail.com
Telephone Number                             E-mail Address

1/24/2023                                    [signature]
Date                                         Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007